*E-FILED - 10/11/12*



SEP 20 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Software Rights Archives, LLC )   Case No: 5:12-cv-03971
          Plaintiff(s), )
    v. )   APPLICATION FOR
LinkedIn Corporation )   ADMISSION OF ATTORNEY
          Defendant(s). )   PRO HAC VICE
                                                                           (CIVIL LOCAL RULE 11-3)

I, Anup Shah, an active member in good standing of the bar of North Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: LinkedIn Corporation in the above-entitled action. My local co-counsel in this case is Cheryl Sabnis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 100 N. Tryon Street, Suite 3900<br>Charlotte, NC 28202 | 101 Second Street, Suite 2300<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (704) 503-2559 | (415) 318-1200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ashah@kslaw.com | csabnis@kslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 37042.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/19/12

                                                          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Anup Shah is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/11/12

                                           Ronald M. Whyte
                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE



PRO HAC VICE APPLICATION & ORDER