1  W. PAUL SCHUCK (Cal. Bar No. 203717)
   *pschuck@bztm.com*
2  **BARTKO ZANKELTARRANT & MILLER,**
     A Professional Corporation
3  900 Front Street, Suite 300
   San Francisco, California  94111
4  Telephone:  (415) 956-1900
   Facsimile:  (415) 956-1152
5
   VICTOR G. HARDY (admitted *pro hac vice*)
6  *vhardy@dpelaw.com*
   NICOLE E. GLAUSER (admitted *pro hac vice*)
7  *nglauser@dpelaw.com*
   CHESTER J. SHIU (admitted *pro hac vice*)
8  *cshiu@dpelaw.com*
   **DINOVO PRICE ELLWANGER & HARDY LLP**
9  7000 North Mopac Expressway, Suite 350
   Austin, Texas  78731
10 Telephone:     (512) 539-2626
   Facsimile:     (512) 539-2627
11
   Attorneys for Plaintiff
12 SOFTWARE RIGHTS ARCHIVE, LLC

13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15
                    **SAN JOSE DIVISION**
16

17
   SOFTWARE RIGHTS ARCHIVE, LLC,            CASE NO. 12-CV-3971 RMW
18
              Plaintiff,                    **NOTICE OF CHANGE OF FIRM AND**
19                                          **SUBSTITUTION OF ATTORNEYS**
         vs.
20                                          **[] ORDER**
   LINKEDIN CORPORATION,
21
              Defendant.
22

151029                                                              12-CV-3971 RMW

SUBSTITUTION OF ATTORNEYS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

IT IS HEREBY STIPULATED THAT Plaintiff Software Rights Archive, LLC ("SRA") herewith substitutes:

>W. Paul Schuck, Esq.
>pschuck@bztm.com
>Bartko, Zankel, Tarrant & Miller, A Professional Corporation
>900 Front Street, Suite 300
>San Francisco, California  94111
>Telephone:  (415) 956-1900 / Facsimile:  (415) 956-1152

as counsel of record in place and instead of:

>W. Paul Schuck, Esq.
>Thomas Whitelaw LLP
>3 Embarcadero Center, Suite 1350
>San Francisco, California  94111
>(415) 820-0400

in this matter.  SRA consents to this substitution.  DiNovo Price Ellwanger & Hardy LLP shall also continue to represent SRA.

Dated: March 13, 2013

We Consent to the Foregoing Substitution.

>THOMAS WHITELAW LLP
>
>By:   */s/ Joseph E. Thomas*
>          Joseph E. Thomas, Esq.

We Accept the Foregoing Substitution

>BARTKO ZANKEL TARRANT & MILLER
>A Professional Corporation
>
>By:   */s/ W. Paul Schuck*
>          W. Paul Schuck

**Attestation re: Electronic Signatures**

In compliance with Local Rule 5-1, I, W. Paul Schuck, the efiler of this document hereby attest that each person whose signature block appears above has concurred in this filing.

Dated:  March 13, 2013              /s/ W. Paul Schuck
                                     W. Paul Schuck

1
2 **[] ORDER**
3      PURSUANT TO STIPULATION, IT IS SO ORDERED:
4
5 DATED:     March G̀ , 2013
6
7                                    _____
                                     THE HONORABLE RONALD M. WHYTE
8                                    UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28