W. PAUL SCHUCK (California Bar No. 203717)
*pcshuck@bzbm.com*
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

VICTOR G. HARDY (admitted *pro hac vice*)
*vhardy@dpelaw.com*
WILLIAM PARRISH (admitted *pro hac vice*)
*bparrish@dpelaw.com*
NICOLE E. GLAUSER (admitted *pro hac vice*)
*nglauser@dpelaw.com*
CHESTER J. SHIU (admitted *pro hac vice*)
*cshiu@dpelaw.com*
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

Attorneys for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LINKEDIN CORPORATION,<br><br>    Defendant. | No. 12-CV-3971 RMW;<br>No. 12-CV-3972 RMW<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME TO CONDUCT MEDIATION AND [] ORDER** |
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TWITTER, INC.,<br><br>    Defendant. | |

-1-

Pursuant to Civil Local Rule 6-2, Plaintiff Software Rights Archive, LLC ("SRA") and defendants LinkedIn Corporation and Twitter, Inc. ("Defendants") hereby jointly request an Order Enlarging the Time to Conduct Mediation. In the Case Management and Scheduling Order entered on January 28, 2013, the Court ordered that mediation be completed in these cases by May 31, 2013.[1] SRA and Defendants hereby request that the deadline for mediation be continued from May 31, 2013 to June 30, 2013.

SRA and Defendants had scheduled a mediation, with Court-appointed mediator Brandon Baum, for May 21, 2013. However, shortly before the mediation, SRA's client representative, Mr. Mark Mancinelli, had to cancel the mediation because of medical issues in his immediate family. Mr. Mancinelli will not be available until the week of May 26, 2013.

The parties and mediator were unable to identify a date when all were available before the May 31, 2013 deadline. Accordingly, the parties request that the deadline be extended to June 30, 2013. The parties believe that they will be able to identify mutually convenient dates by that time.

Continuing the date for mediation for thirty (30) days will not affect any other date in this litigation.

DATED: May 30, 2013
BARTKO, ZANKEL, BUNZEL & MILLER
DINOVO PRICE ELLWANGER & HARDY LLP

By: /s/ *W. Paul Schuck*
W. Paul Schuck

Attorneys for Plaintiff SOFTWARE RIGHTS ARCHIVE, LLC

KING & SPALDING LLP

By: /s/ *Scott T. Weingaertner*
Scott T. Weingaertner

Attorneys for Defendants LINKEDIN CORPORATION and TWITTER, INC.

---

[1] The two cases at issue here, *SRA v. LinkedIn Corp.*, Case No. 12-cv-3971 RMW and *SRA v. Twitter,* Case No. 12-cv-3972 RMW, have been consolidated with *SRA v. Facebook, Inc.*, Case No.12-cv-3970 RMW. The referenced Case Management and Scheduling Order was entered in the *Facebook* case, as docket number 39. Mediation has occurred between SRA and Facebook. Facebook, therefore, is not a party to this stipulated request.

-2-

**ATTESTATION OF E-FILER**

In compliance with Local Rule 5-1(i), the undersigned ECF user filing this document, hereby attests that all signatories of this document have concurred in the filing of this document.

                                       */s/ W. Paul Schuck*
                                       W. Paul Schuck

-3-

1  **[] ORDER**

3  PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties participate in
4  mediation by June 30, 2013.

6  Dated: _____          *Ronald M. Whyte*
7                                  The Honorable Ronald M. Whyte
                                    United States District Court Judge

BARTKOZANKEL
Bartko·Zankel·Tarrant·Miller | Lovitt & Hannan, Inc. of Counsel
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

-4-