KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
ASIM M. BHANSALI - # 194925
abhansali@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVES, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>   Defendant. | Case No. 5:12-03971 RMW<br><br>**NOTICE OF CHANGE OF FIRM AND SUBSTITUTION OF ATTORNEYS**<br><br>[PROPOSED] ORDER<br><br>Dept.:   Courtroom 6<br>Judge:  Hon. Ronald M. Whyte<br><br>Date Filed: July 27, 2012<br><br>Trial Date: Not set. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED THAT Defendant LINKEDIN CORPORATION hereby substitutes:

> Robert A. Van Nest
> David J. Silbert
> Asim Bhansali
> Ajay Krishnan
> Sharif Jacob
> David W. Rizk
> Keker & Van Nest LLP
> 633 Battery Street
> San Francisco, California 94111-1809
> Telephone: (415) 391-5400 / Facsimile number (415) 397-7188

as counsel of record in place and instead of :

> Scott T. Weingaertner
> Ketan Pastakia
> King & Spalding, LLP
> 1185 Ave. of the Americas
> New York, NY 10036-4003
> Telephone: 212-556-2100
>
> Anup Shah
> King & Spalding, LLP
> 100 N. Tryon Street, Suite 3900
> Charlotte, NC 28202
> Telephone: 704-503-28202
>
> Cheryl A. Sabnis
> Donald F. Zimmer, Jr.
> King & Spalding, LLP
> 101 Second Street, Suite 2300
> San Francisco, CA 94105
> Telephone: 415-318-1200

in this matter. LinkedIn Corporation consents to this substitution.

We consent to the foregoing substitution.

Dated: June 6, 2013                    KEKER & VAN NEST LLP

By: */s/ Robert A. Van Nest*
ROBERT A. VAN NEST
Attorneys for Defendant LinkedIn Corporation

---

1

NOTICE OF CHANGE OF FIRM AND SUBSTITUTION OF ATTORNEYS
Case No. 5:12-03971 RMW

760483.01

| | | |
|---|---|---|
| Dated: June 6, 2013 | | KEKER & VAN NEST LLP |
| | By: | /s/ *David Silbert* <br> DAVID SILBERT <br> Attorneys for Defendant LinkedIn Corporation |
| Dated: June 6, 2013 | | KEKER & VAN NEST LLP |
| | By: | /s/ *Asim Bhansali* <br> ASIM BHANSALI <br> Attorneys for Defendant LinkedIn Corporation |
| Dated: June 6, 2013 | | KEKER & VAN NEST LLP |
| | By: | /s/ *Ajay Krishnan* <br> AJAY KRISHNAN <br> Attorneys for Defendant LinkedIn Corporation |
| Dated: June 6, 2013 | | KEKER & VAN NEST LLP |
| | By: | /s/ *Sharif Jacob* <br> SHARIF JACOB <br> Attorneys for Defendant LinkedIn Corporation |
| Dated: June 6, 2013 | | KEKER & VAN NEST LLP |
| | By: | /s/ *David Rizk* <br> DAVID RIZK <br> Attorneys for Defendant LinkedIn Corporation |

We accept the foregoing substitution.

| | | |
|---|---|---|
| Dated: June 6, 2013 | | KING & SPALDING, LLP |
| | By: | /s/ *Scott T. Weingaertner* <br> SCOTT T. WEINGAERTNER |

**Attestation re: Electronic Signatures**

In compliance with Local Rule 5-1, I, David Silbert, the efiler of this document hereby attest that each person whose signature block appears above has concurred in this filing.

Dated: June 6, 2013         By:   /s/ *David Silbert*
                                  DAVID SILBERT

1 [~~PROPOSED~~] ORDER

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4
Dated: June 13, 2013

5 

6  THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4
NOTICE OF CHANGE OF FIRM AND SUBSTITUTION OF ATTORNEYS
Case No. 5:12-03971 RMW

760483.01