W. PAUL SCHUCK (Cal. Bar No. 203717)
*pschuck@bzbm.com*
**BARTKO, ZANKEL, BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorney for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

[Counsel for All Parties Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>        Plaintiff,<br>  v.<br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 5:12-cv-03970 RMW<br>Case No. 5:12-cv-03971 RMW<br>Case No. 5:12-cv-03972 RMW |
| SOFTWARE RIGHTS ARCHIVES, LLC,<br><br>        Plaintiff,<br>  v.<br>LINKEDIN CORPORATION,<br><br>        Defendant. | **JOINT STATUS REPORT**<br><br>Dept.:    Courtroom 6<br>Judge:   Hon. Ronald M. Whyte |
| SOFTWARE RIGHTS ARCHIVES, LLC,<br><br>        Plaintiff,<br>  v.<br>TWITTER, INC.,<br><br>        Defendant. | |

Pursuant to the Court's June 11, 2014 Order regarding the stay, the parties hereby file this Joint Status Report. On January 29, January 30, and February 2, 2014, the Patent Trial and Appeal Board issued its final written decisions on all of the IPR petitions challenging the patents-in-suit. Those decisions are attached hereto as Exhibits A, B, C, & D.

Assuming no request for rehearing is filed, then the deadlines for a party to appeal the final decisions are: April 2, 2015 (for IPR2013-00481), April 3, 2015 (for IPR2013-00480), and April 6, 2015 (for IPR2013-00478 & IPR2013-00479). The parties hereby jointly request that the Court grant leave for the parties to file a supplemental joint status report, due within one week after the deadline for all appeals has expired, that sets forth the parties' position(s) regarding whether the Court should lift the stay in this action. A proposed form of Order is included below.

Dated:  February 6, 2015               DINOVO PRICE ELLWANGER & HARDY

                                       By:   */s/ Victor G. Hardy*
                                             VICTOR G. HARDY (admitted *pro hac vice*)
                                             *vhardy@dpelaw.com*
                                             NICOLE E. GLAUSER (admitted *pro hac vice*)
                                             *nglauser@dpelaw.com*
                                             CHESTER J. SHIU (admitted *pro hac vice*)
                                             *cshiu@dpelaw.com*
                                             DINOVO PRICE ELLWANGER & HARDY LLP
                                             7000 N. MoPac Expressway, Suite 350
                                             Austin, Texas  78731
                                             Telephone: (512) 539-2626
                                             Facsimile:  (512) 539-2627

                                             Attorneys for Plaintiff
                                             SOFTWARE RIGHTS ARCHIVE, LLC

| | | |
|---|---|---|
| Dated: February 6, 2015 | | KEKER & VAN NEST LLP |
| | By: | */s/ Sharif E. Jacob* |
| | | ROBERT A. VAN NEST - # 84065 |
| | | rvannest@kvn.com |
| | | DAVID SILBERT - # 173128 |
| | | dsilbert@kvn.com |
| | | ASIM M. BHANSALI - # 194925 |
| | | abhansali@kvn.com |
| | | AJAY S. KRISHNAN - # 222476 |
| | | akrishnan@kvn.com |
| | | SHARIF E. JACOB - # 257546 |
| | | sjacob@kvn.com |
| | | 633 Battery Street |
| | | San Francisco, CA 94111-1809 |
| | | Telephone: (415) 391-5400 |
| | | Facsimile: (415) 397-7188 |
| | | |
| | | Attorneys for Defendants |
| | | TWITTER, INC., LINKEDIN CORP. |
| Dated: February 6, 2015 | | COOLEY LLP |
| | By: | */s/ Lowell Mead* |
| | | MICHAEL G. RHODES - # 116127 |
| | | rhodesmg@cooley.com |
| | | 101 California Street, 5th Floor |
| | | San Francisco, CA 94111-5800 |
| | | Telephone: (415) 693-2000 |
| | | Facsimile: (415) 639-2222 |
| | | |
| | | HEIDI L. KEEFE - # 178960 |
| | | hkeefe@cooley.com |
| | | MARK R. WEINSTEIN - # 193043 |
| | | mweinstein@cooley.com |
| | | LOWELL MEAD - # 223989 |
| | | lmead@cooley.com |
| | | CARRIE J. RICHEY - # 270825 |
| | | crichey@cooley.com |
| | | 3175 Hanover Street |
| | | Palo Alto, CA 94304-1130 |
| | | Telephone: (650) 843-5000 |
| | | Facsimile: (650) 849-7400 |
| | | |
| | | Attorneys for Defendant |
| | | FACEBOOK, INC. |

**ATTESTATION OF E-FILER**

In compliance with Local Rule 5-1(i), the undersigned ECF user filing this document, hereby attests that all signatories of this document have concurred in the filing of this document.

                                    */s/ W. Paul Schuck*
                                        W. Paul Schuck

**[] ORDER**

**IT IS SO ORDERED.**

Dated: _____, 2015

_____
THE HON. RONALD M. WHYTE
United States District Judge